IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY PATTELLI, et al., | No. C-14-5362 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT AND FIRST AMENDED COMPLAINT** |
| v. | |
| LENDINGCLUB CORPORATION, | |
| Defendant. | |

On February 13, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a chambers copy of the Complaint, filed December 8, 2014, and the First Amended Complaint, filed December 19, 2014.

**IT IS SO ORDERED.**

Dated: February 20, 2015

MAXINE M. CHESNEY
United States District Judge