```
 1  KEVIN P. MUCK (CSB No. 120918)
    kmuck@fenwick.com
 2  MATTHEW MEYERHOFER (CSB No. 268559)
    mmeyerhofer@fenwick.com
 3  FENWICK & WEST LLP
    555 California Street, 12th Floor
 4  San Francisco, CA  94104
    Telephone:    415.875.2300
 5  Facsimile:    415.281.1350

 6  Attorneys for Defendant
    LENDINGCLUB CORPORATION
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY PATTELLI, RUSSELL M. JOYCE and JAMES B. GAMACHE,<br><br>Plaintiffs,<br><br>v.<br><br>LENDINGCLUB CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: 3:14-cv-05362-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT** |

WHEREAS, a Case Management Conference in this matter is set for March 27, 2015 at 10:30 a.m. [Docket No. 20];

WHEREAS, Plaintiffs and Defendant have agreed in principle to a settlement, subject to negotiation and execution of a definitive written settlement agreement, that will result in the dismissal of this action;

WHEREAS, finalization of that settlement will render further proceedings in this action, including any Case Management Conference, unnecessary;

WHEREAS, Plaintiffs and Defendant are currently in the process of negotiating and drafting a formal settlement agreement that will memorialize the terms of the parties' settlement

but, due to scheduling and logistical issues, anticipate that an agreement may not be executed by March 27, 2015 (the date presently set for the Case Management Conference); and

WHEREAS, in the interests of judicial efficiency and economy, and to avoid potentially unnecessary proceedings, Plaintiffs and Defendant agree that it would be appropriate to continue the Case Management Conference to give the parties time to finalize their settlement.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1. The Case Management Conference presently scheduled for March 27, 2015, shall, subject to the approval of the Court, be rescheduled for May 1, 2015 at 10:30 a.m.; and

2. In the meantime, the parties will continue to work on finalizing their settlement agreement and, upon completion of that process, will promptly notify the Court.

Dated: March 19, 2015                FENWICK & WEST LLP


By: */s/ Matthew Meyerhofer*
    Matthew Meyerhofer
Attorneys for Defendants
LENDINGCLUB CORPORATION


Dated: March 19, 2015                HOBART LINZER LLP


By: */s/ C. Dana Hobart*
    C. Dana Hobart
Attorneys for Plaintiffs
BRADLEY PATTELLI, RUSSELL M. JOYCE and JAMES B. GAMACHE


Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: March 19, 2015                By: */s/ Matthew Meyerhofer*
    Matthew Meyerhofer

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING CMC

CASE NO.: 3:14-cv-05362-MMC

2

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, the Case Management Conference scheduled in this action for March 27, 2015, is hereby rescheduled for ~~May 1,~~ May 8, 2015 at 10:30 a.m. in Courtroom 7, located 450 Golden Gate Avenue, 19th Floor, San Francisco, California. The parties' Joint Case Management Statement shall be filed seven days before the Case Management Conference.

Upon finalization of any settlement agreement, the parties shall promptly notify the Court so that the Case Management Conference may be taken off calendar.

SO ORDERED.

Dated: March 23, 2015

_____
The Honorable Maxine M. Chesney
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING CMC

CASE NO.: 3:14-cv-05362-MMC

3