IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY PATTELLI, RUSSELL M. JOYCE and JAMES B. GAMACHE,<br><br>    Plaintiffs,<br>  v.<br><br>LENDINGCLUB CORPORATION, a Delaware Corporation.<br><br>    Defendant.<br>_____/ | No. C-14-5362 MMC<br><br>**ORDER RE: STIPULATION FOR DISMISSAL; DIRECTIONS TO PARTIES; VACATING CASE MANAGEMENT CONFERENCE** |

    Before the Court is parties "Stipulation and [Proposed] Order for Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a) and for Retention of Jurisdiction Over Action to Enforce Settlement," filed May 21, 2015.

    In said filing, the parties state they have agreed to a dismissal of the above-titled action with prejudice in light of a settlement agreement, and request the Court retain jurisdiction for the purpose of enforcing the settlement agreement.  The parties have not, however, submitted a copy of the settlement agreement and, in the absence thereof, the Court declines to retain jurisdiction for the purpose proposed.

    Accordingly, the parties are hereby DIRECTED to submit, no later than May 29, 2015, a copy of the settlement agreement, or, in the alternative, a revised stipulation for dismissal without a request for retention of jurisdiction.

     Finally, in light of the settlement, the Case Management Conference scheduled for May 22, 2015 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 21, 2015

                                                MAXINE M. CHESNEY  
                                                United States District Judge