C. Dana Hobart (SBN 125139)
dhobart@hobartlinzer.com
Hobart Linzer LLP
777 S. Figueroa Street, Suite 4000
Los Angeles, CA 90017
Telephone: (213) 225-8900
Facsimile: (213) 225-8929

Attorneys for Plaintiffs,
BRADLEY PATTELLI, RUSSELL M. JOYCE
and JAMES B. GAMACHE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRADLEY PATTELLI, RUSSELL M. JOYCE and JAMES B. GAMACHE,<br><br>Plaintiffs,<br>v.<br><br>LENDINGCLUB CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No: 3:14-cv-05362-MMC<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>AND ORDER THEREON |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Bradley Pattelli, Russell M. Joyce and James B. Gamache, and Defendant LendingClub Corporation, through their respective counsel of record, stipulate to voluntarily dismiss with prejudice the above-captioned action in its entirety pursuant to the terms of the parties' Confidential Settlement Agreement and Mutual General Release entered into on May 18, 2015 ("Settlement Agreement") with each party to bear its own attorneys' fees and costs.

DATED: May 26, 2015          HOBART LINZER LLP

                             */s/ C. Dana Hobart*
                             C. Dana Hobart (SBN 125139)

                             Attorneys for Plaintiffs,
                             *Bradley Pattelli, Russell M. Joyce and James B. Gamache*

DATED: May 26, 2015          FENWISK & WEST LLP

                             */s/ Kevin P. Muck*
                             Kevin P. Muck (SBN 120918)

                             Attorneys for Defendants,
                             *LendingClub Corporation*

98353

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: May 26, 2015          Sign Name: */s/ C. Dana Hobart*
                                        C. Dana Hobart

REVISED STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION

1

CASE NO.: 3:14-cv-05362-MMC

Hobart Linzer LLP
777 S. Figueroa Street, Suite 4000
Los Angeles, California 90017

**[PROPOSED] ORDER**

PURSUANT TO REVISED STIPULATION, IT IS SO ORDERED.

Dated: May 27, 2015

_____
The Honorable Maxine M. Chesney
United States District Judge

REVISED STIPULATION AND
[PROPOSED] ORDER FOR DISMISSAL OF
ACTION

2

CASE NO.: 3:14-cv-05362-MMC